**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
e-mail: lawtorres@aol.com

Attorney for Defendant
CHRISTINA MONTALVO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CHRISTINA MONTALVO<br><br>　　　　　　Defendant, | Case No.: 10-CR-00315 AWI<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE: ANTHONY W. ISHII AND ELANA S. LANDAU, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, CHRISTINA MONTALVO by and through his attorney of record, DAVID A. TORRES hereby requesting that the status conference currently set for November 22, 2010 be continued to January 24, 2011 at 9:00 a.m., or a date convenient to court and counsel.

This is a mutual agreement between myself, and Assistant United States Attorney Elana S. Landau. The purpose of the continuance is to conduct further investigations regarding the terms of a plea agreement entered into by Adam Montalvo.

1  Based upon the foregoing, I respectfully request that this matter be continued to
2  January 24, 2011
3  The parties also agree that the delay resulting from the continuance shall be excluded in
4  the interest of justice pursuant to 18 U.S.C. §3161 (h)(7)(A) and §3161 (h)(7)(B)(i) & (iv).
5  IT IS SO STIPULATED.

7  Dated: 12/1/10   /s/ David A. Torres
                    DAVID A. TORRES
8                   Attorney for Defendant
                    JOSE ANTONIO MORENO LOPEZ

10 Dated: 12/1/10   /s/ Elana S. Landau
11                  ELANA S. LANDAU
                    Assistant U. S. Attorney

**ORDER**

IT IS SO ORDERED. Time is excluded in the interest of justice pursuant to 18 U.S.C. §3161(h)(7)(A) and §3161 (h)(7)(B)(i) & (iv).

IT IS SO ORDERED.

Dated:   December 2, 2010

_____
CHIEF UNITED STATES DISTRICT JUDGE