**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
e-mail: lawtorres@aol.com

Attorney for Defendant
CHRISTINA MONTALVO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>CHRISTINA MONTALVO<br><br>　　　　　　　　　Defendant, | Case No.: 10-CR-00315 AWI<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE: ANTHONY W. ISHII AND ELANA S. LANDAU, ASSISTANT UNITED STATES ATTORNEY:

　　**COMES NOW** Defendant, CHRISTINA MONTALVO by and through his attorney of record, DAVID A. TORRES hereby requesting that the status conference currently set for April 18, 2011 be continued to April 25, 2011 at 9:00 a.m., or a date convenient to court and counsel.

　　This is a mutual agreement between myself, and Assistant United States Attorney Elana S. Landau.  I had arthroscopic surgery on Wednesday, April 13, 2011.  I will require a recovering period and will need to wear an ultra sling for 6 weeks post surgery.

1 **The defendant is willing to continue, excluding time through the next court**
2 **appearance and that the ends of justice in the exclusion outweigh defendant's speedy trial**
3 **rights.**
4    Based upon the foregoing, I respectfully request that this matter be continued to
5 April 25, 2011.
6    The parties also agree that the delay resulting from the continuance shall be excluded in
7 the interest of justice pursuant to 18 U.S.C. §3161 (h)(7)(A) and §3161 (h)(7)(B)(i) & (iv).
8        IT IS SO STIPULATED.

10 Dated: 4/14/11                    /s/ David A. Torres
                                     DAVID A. TORRES
11                                   Attorney for Defendant
                                     JOSE ANTONIO MORENO LOPEZ

13
   Dated: 4/14/11                    /s/ Elana S. Landau
14                                   ELANA S. LANDAU
                                     Assistant U. S. Attorney

# ORDER

IT IS SO ORDERED. Time is excluded in the interest of justice pursuant to 18 U.S.C. §3161(h)(7)(A) and §3161 (h)(7)(B)(i) & (iv).

IT IS SO ORDERED.

Dated:    April 14, 2011

CHIEF UNITED STATES DISTRICT JUDGE