**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
e-mail: lawtorres@aol.com

Attorney for Defendant
CHRISTINA MONTALVO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>CHRISTINA MONTALVO<br><br>      Defendant, | Case No.: 10-CR-00315 AWI<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE: ANTHONY W. ISHII AND ELANA S. LANDAU, ASSISTANT UNITED STATES ATTORNEY:

  **COMES NOW** Defendant, CHRISTINA MONTALVO by and through her attorney of record, DAVID A. TORRES hereby requesting that the sentencing hearing currently set for December 19, 2011 be continued to January 17, 2012 at 9:00 a.m., or a date convenient to court and counsel. This is a defense request to continue.  It is my understanding that AUSA, Elana Landau, will not object to this request.  The additional time is necessary to afford defense counsel the opportunity to prepare a thorough sentencing memorandum.

  **The defendant is willing to continue, excluding time through the next court**

1 **appearance and that the ends of justice in the exclusion outweigh defendant's speedy trial**
2 **rights.**
3        Based upon the foregoing, I respectfully request that this matter be continued to
4 January 17, 2012.

6 Dated: 12/13/11                              /s/ David A. Torres
                                              DAVID A. TORRES
7                                             Attorney for Defendant
                                              CHRSITINA MONTALVO

9 Dated:                                       /s/Elana S. Landau
10                                            ELANA S. LANDAU
                                              Assistant U. S. Attorney

13                                    **ORDER**

14        IT IS SO ORDERED. Time is excluded in the interest of justice pursuant to 18 U.S.C.
15 §3161(h)(7)(A) and §3161 (h)(7)(B)(i) & (iv).

17 IT IS SO ORDERED.

19 Dated:    December 14, 2011                 _____
                                              CHIEF UNITED STATES DISTRICT JUDGE